DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-01036-GMN-CWH ) |
| CHERYL L. ROBINSON, | ) ) |
| Defendant. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Timothy N. England, Stephen W. Simpson, and Stephen L. Cohen to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Mr. England, Mr. Simpson, and Mr. Cohen are attorneys with the Securities and Exchange Commission, an agency of the federal government.  Mr. England is a member in good standing of the California State Bar (No. 140332).  Mr. Simpson is a member in good standing of the District of Columbia Bar (No. 501341).  Mr. Cohen is a member in good standing of the District of Columbia Bar (No. 802279).

The following contact information is provided to the Court:

Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Fax: (202) 772-9228

Timothy N. England
Phone: 202.551.4959
englandt@sec.gov

Stephen W. Simpson
Phone: 202.551.4513
simpsons@sec.gov

Stephen L. Cohen
Phone:  202.551.4472
cohens@sec.gov

Accordingly, the United States respectfully requests that the Court admit Timothy N. England, Stephen W. Simpson, and Stephen L. Cohen to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 27th day of June 2014.

DANIEL G. BOGDEN
United States Attorney

 /s/  Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 30, 2014